**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODERICK T. BLACK | No. 2:11-CV-02782-CMK |
| Plaintiff, | |
| vs. | ORDER |
| J. HANSEN, et al., | |
| Defendants. | |
| _____/ | |

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  There are several pending motions for additional time to complete discovery and to extend the dispositive motion deadline, filed by both plaintiff and the defendants (Docs. 20, 21, 23, 26).

    Plaintiff requests additional time to complete discovery and bring a motion to compel due to late received responses, and his being transferred to an out of state facility. Defendants request additional time to complete and file their motion for summary judgment. Neither side has filed an objection to the other's motion.

    Good cause appearing, the motions to extend will be granted.  The discovery deadline will be extended to October 1, 2013.  The parties are reminded that all discovery

motions must be filed by the discovery deadline.  The remaining deadlines in the scheduling order are extended accordingly, extending the dispositive motion deadline out 90 days from the new discovery cutoff date.

Accordingly, IT IS HEREBY ORDERED that:

1. The motions to extend time (Docs. 20, 21, 23, 26) are granted;

2. The discovery deadline, including any motion to compel, is extended to October 1, 2013; and

3. The remaining deadlines in the scheduling order are extended accordingly.

DATED: August 14, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE